**MORALES, MILDRED- BOA MORTGAGE INTEREST STATEMENT FORM 1098 2018 REC 01.13.19UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RAYMOND C. BRADBURY**
**HEATHER A. BRADBURY**

      **VS**                    **CA NO 18-CV-690**

**DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR GSAMP TRUST 2005-WMC1 ALIAS**
**OCWEN LOAN SERVICING, LLC.**

**SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INUNCTION AND PERMANENT INJUNCITON**

    This matter is before the Court on Plaintiffs' Motion for a Temporary Restraining Order to enjoin a foreclosure sale. Attached to this Memorandum is a notice sent to the Plaintiffs' attorney mailed by Ocwen Loan Servicing, LLC. This notice states that Mortgage Assistance Resources are available to the homeowners and that a relationship manager has been assigned to the Plaintiffs. This person is a member of Ocwen's Home Retention Team. This document suggests that Ocwen is prepared to discuss with the Plaintiffs home retention options instead of foreclosure. This type of discussion is exactly the type of discussion which occur during mediation, which the Plaintiffs have not been provided.

    For these additional reasons, the Motion should be granted.

RAYMOND C. BRADBURY  
HEATHER A. BRADBURY  
By their Attorney

January 18, 2019        /s/ John B. Ennis  
                        JOHN B. ENNIS, ESQ. #2135  
                        1200 Reservoir Avenue  
                        Cranston, Rhode Island 02920  
                        (401) 943-9230  
                        Jbelaw75@gmail.com

CERTIFICATION OF SERVICE

I hereby certify that I emailed a copy of this Memorandum to Samuel Bodurtha, Esq. on January 18, 2019.

/s/ John B. Ennis