# EXHIBIT A



**PHH MORTGAGE**

1 Mortgage Way  
Mt. Laurel, NJ 08054

Tel 800-449-7467  
Fax 856-917-8300

June 19, 2019

RAYMOND C BRADBURY  
HEATHER A BRADBURY  
61 LAFAYETTE ST  
WEST WARWICK RI 02893

Loan Number: ▮  
Property Address:   61 LAFAYETTE ST  
                    WEST WARWICK RI 02893

▮   FORM 34-27-3.2

| NOTICE OF MEDIATION CONFERENCE PURSUANT TO |
|---|
| **R.I. GEN. LAWS § 34-27-3.2** |

This Notice is provided to you to inform you of the protections provided by R.I. Gen. Laws § 34-27-3.2 of The Rhode Island Mortgage Foreclosure and Sale Act.

> **TO ASSIST YOU IN AVOIDING FORECLOSURE, YOU HAVE THE RIGHT TO A FREE, IN-PERSON OR TELEPHONE MEDIATION CONFERENCE WITH AN INDEPENDENT MEDIATION COORDINATOR. THE MORTGAGEE MAY NOT FORECLOSE UNLESS IT PROVIDES YOU THE OPPORTUNITY TO PARTICIPATE IN THE MEDIATION CONFERENCE, WHICH MUST BE SCHEDULED WITHIN SIXTY (60) DAYS OF THE RECEIPT OF A COMPLETED APPENDIX B, SINGLE POINT OF CONTACT INFORMATION FOR THE MORTGAGEE, AND PAYMENT INITIATING THE MEDIATION PROCESS HAS BEEN RECEIVED BY THE MEDIATION COORDINATOR. YOU WILL BE CONTACTED BY A FORECOSURE MEDIATION COORDINATOR TO SCHEDULE THAT MEDIATION CONFERENCE.**

Name of Mortgagor: RAYMOND C BRADBURY, HEATHER A BRADBURY

Re: ▮

INSERT ADDRESS OF RESIDENTIAL REAL ESTATE:  
61 LAFAYETTE ST  
WEST WARWICK RI 02893

Date of Default: September 1, 2012

Date of release of loan from automatic stay in bankruptcy proceeding if applicable: n/a


**MORTGAGE**

| | |
|---|---|
| 1 Mortgage Way | Tel  800-449-7467 |
| Mt. Laurel, NJ  08054 | Fax  856-917-8300 |

Date of release of loan from protections of the Servicemembers Civil Relief Act, 50 U.S.C. App. §501 et seq., or R.I. Gen. Laws §34-27-4(d), if applicable: n/a

The mortgagee named below ("Mortgagee") hereby notifies you that you are in Default on your mortgage. If you fail to remedy this Default, Mortgagee has the right to foreclose on the real estate securing the mortgage loan referenced in this Notice.

| | |
|---|---|
| Mortgagee: | Deutsche Bank National Trust Company, as Trustee for GSAMP Trust 2005-WMC1 |
| Mortgagee Address: Street: | 1761 EAST ST ANDREW PLACE |
| City, State, Zip Code: | SANTA ANA  CA 92705 |
| Mortgagee Authorized Representative: | LILIANA LAMARCA |
| Date mailed: | June 19, 2019 |
| Contact Information for Mortgagee Authorized Representative: | |
| Telephone: | 800-750-2518 Ext.  80421 |
| Email: | Liliana.LaMarca@mortgagefamily.com |
| cc: Mediation Coordinator: | Rhode Island Housing |


MORTGAGE

1 Mortgage Way　　　　　　　　　　　　　　　　　　　　　　Tel  800-449-7467
Mt. Laurel, NJ  08054　　　　　　　　　　　　　　　　　　　　Fax  856-917-8300

　　FORMULÁRIO 34-27-3.2

> **NOTIFICAÇÃO DE CONFERÊNCIA DE MEDIAÇÃO CONFORME LEIS R.I. GEN. § 34-27-3.2**

Esta Notificação destina-se a informar-lhe as proteções fornecidas pelas leis R.I. Gen. § 34-27-3.2 de Execução Hipotecária e a Lei de Venda de Valores Imobiliários de Rhode Island.

**PARA AJUDAR-ILE A EVITAR O EMBRAGO (FORECLOSURE) DA SUA CASA, INFORMAMOS-IHE QUE TEM DIREITO A UMA CONFERÊNCIA DE MEDIAÇÃO GRATUITA, SEJA VIA TELEFONICA SEJA PESSOALMENTE COM UM COORDENADOR INDEPENDENTE DE MEDIAÇÃO. O CREDOR HIPOTECARIO NÃO PODE EMBARGAR ATE DAR-LHE A OPORTUNIDADE DE PARTICIPAR NESTA CONFERÊNCIA A QUAL SERA MARCADA NO PERIODO DE SESSENTA (60) DIAS DESDE OU AO RECEBERMOS O "APPENDIX B" PREENCHIDO E ASSINALANDO O PEDIDO DE INFORMACAO DE UM CONTACTO PARA O CREDOR, OU O PAGO INCIAL REQUERIDO SEJA RECEBIDO PELO MEDIODOR UM COOREDENADOR IRA CONTRACTAR-LE PARA MARCAR A DATA DESTA DE MEDIAÇÃO.**

Nome do cliente: RAYMOND C BRADBURY, HEATHER A BRADBURY

Re: ▉▉▉▉▉▉▉

INSERIR ENDEREÇO DO IMÓVEL RESIDENCIAL:

61 LAFAYETTE ST
WEST WARWICK RI 02893
Data de delinquência: September 1, 2012

Data em que o empréstimo foi liberado da suspensão automática de falência, se aplicável: Not applicable

Data de exoneração da hipoteca da protecã conferida pela lei dos Estados Unidos da America e do Estado de Rhode Island (Servicemembers Civil Relief Act, 50 U.S.C. App. §501 et seq., or R.I. Gen. Laws §34-27-4(d)), se aplicavel: n/a

O Crédito Imobiliário denominada abaixo ("Créditos Imobiliários") por este instrumento notifica - se que está inadimplente em sua hipoteca. Se você falhar em corrigir tal inadimplência, Créditos Imobiliários têm o direito de executar o empréstimo de hipoteca consistente dos bens imóveis relacionados nesta notificação.



**MORTGAGE**

1 Mortgage Way  
Mt. Laurel, NJ 08054

Tel  800-449-7467  
Fax  856-917-8300

| | |
|---|---|
| Créditos Imobiliários: | Deutsche Bank National Trust Company, as Trustee for GSAMP Trust 2005-WMC1 |
| Endereço de Créditos Imobiliários: Rua: Cidade, Estado, CEP: | 1761 EAST ST ANDREW PLACE SANTA ANA  CA 92705 |

Representante Autorizado de Créditos Imobiliários: LILIANA LAMARCA

Data de envio: June 19, 2019

Informações de Contato para Representante Autorizado de Créditos Imobiliários:

| | |
|---|---|
| Telefone: | 800-750-2518 Ext. 80421 |
| E-mail: | Liliana.LaMarca@mortgagefamily.com |
| cc: Coordenador Da Mediação: | Rhode Island Housing |



**PHH MORTGAGE**

1 Mortgage Way  
Mt. Laurel, NJ 08054

Tel 800-449-7467  
Fax 856-917-8300

 FORMULARIO 34-27-3.2

**NOTIFICACIÓN DE REUNIÓN DE MEDIACIÓN SEGÚN EL § 34-27-3.2 DE LAS LEYES GENERALES DE RHODE ISLAND (R. I.)**

Esta notificación se le proporciona para informarle sobre la protección que proveen las Leyes Generales de R. I. en el § 34-27-3.2 de la Mortgage Foreclosure and Sale Act (Ley de Ejecuciones Hipotecarias y Ventas) del estado de Rhode Island.

PARA AYUDARLO A EVITAR LA EJECUCIÓN HIPOTECARIA, USTED TIENE DERECHO A UNA REUNIÓN DE MEDIACIÓN GRATUITA CON UN COORDINADOR DE MEDIACIÓN INDEPENDIENTE. DICHA REUNIÓN SE PODRÁ EFECTUAR PERSONALMENTE O POR TELÉFONO. EL ACREEDOR HIPOTECARIO NO PODRÁ EJECUTAR LA HIPOTECA SIN HABERLE PROPORCIONADO LA OPORTUNIDAD DE PARTICIPAR EN LA REUNIÓN DE MEDIACIÓN, QUE PUEDE LLEVARSE A CABO DENTRO DE LOS SESENTA (60) DÍAS DE RECIBIR EL APENDICE B COMPLETO, PUNTO DE CONTACTO UNICO DEL ACREEDOR HIPOTECARIO, Y EL PAGO PARA EL INICIO DEL PROCESO DE MEDIACIÓN. USTED SERA CONTACTADO POR UN COORDINADOR DE MEDIACIÓN DE EJECUCIONES HIPOTECARIAS PARA PROGRAMMAR LA CONFERENCIA DE MEDIACIÓN.

Nombre del cliente: RAYMOND C BRADBURY, HEATHER A BRADBURY

Ref.: ▮

ESCRIBA LA DIRECCIÓN DE LA PROPIEDAD RESIDENCIAL:

61 LAFAYETTE ST  
WEST WARWICK RI 02893

Fecha de Defecto: September 1, 2012

Fecha de liberación de préstamo de la suspensión, automática en un procedimiento de quiebra, si es aplicable: Not applicable

Fecha de liberación de la hipoteca de la protección de la ley general Servicermembers Civil Relief Act, 50 U.S.C. App. §501 et seq., or R.I. Gen. Laws §34-27-4(d), si corresponde: n/a



**MORTGAGE**

1 Mortgage Way  
Mt. Laurel, NJ 08054

Tel  800-449-7467  
Fax  856-917-8300

Por la presente, el acreedor hipotecario nombrado a continuación ("Acreedor hipotecario") lo notifica que usted está en mora en los pagos de su hipoteca. Si no soluciona esta mora, el Acreedor hipotecario tiene derecho a ejecutar la hipoteca de la propiedad que garantiza el préstamo hipotecario citado en la referencia de esta notificación.

Acreedor hipotecario:   Deutsche Bank National Trust Company, as Trustee for GSAMP Trust 2005-WMC1

Dirección del Acreedor hipotecario:  
Calle:   1761 EAST ST ANDREW PLACE  
Ciudad, estado y código postal:   SANTA ANA  CA 92705

Representante autorizado del Acreedor hipotecario: LILIANA LAMARCA

Fecha de envío postal:   June 19, 2019

Información de contacto del representante autorizado del Acreedor hipotecario:

Teléfono:  
  800-750-2518 Ext. 80421

Dirección de correo electrónico:   Liliana.LaMarca@mortgagefamily.com

cc: Coordinador de Mediación:   Rhode Island Housing


**MORTGAGE**

| | |
|---|---|
| 1 Mortgage Way | Tel  800-449-7467 |
| Mt. Laurel, NJ  08054 | Fax  856-917-8300 |

## Important Messages

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

However, to the extent your original obligation has been discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and/or informational purposes only and/or is notice of the creditor's intent to enforce a lien against the property and does not constitute a demand for payment or an attempt to impose personal liability for such obligation.

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**HUD Counseling:** For additional assistance, the United States Department of Housing and Urban Development ("HUD"), which is a government agency, sponsors housing counseling agencies throughout the country that can provide you advice on foreclosure alternatives, budgetary issues, and even assistance with understanding this notice. There is no fee for this service. If you would like assistance, you can contact a HUD-approved housing counselor by calling 1-800-569-4287 or you can reach the HOPE Hotline number at 1-888-995-HOPE. You may also visit the HUD website at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm

**HUD Consejería**: Para obtener ayuda adicional, el Departamento de Vivienda y Desarrollo Urbano ("HUD") de Estados Unidos, que es una agencia del gobierno, patrocina agencias de asesoría de vivienda en todo el país que le puede proporcionar asesoramiento sobre las alternativas de ejecución hipotecaria, las cuestiones presupuestarias, e incluso la asistencia con la comprensión de este aviso. No hay que pagar por este servicio. Si desea ayuda, puede ponerse en contacto con un asesor de vivienda aprobado por HUD llamando al 1-800-569-4287 o puede llegar a la Línea Directa de HOPE al 1-888-995-HOPE. También puede visitar el sitio web de HUD en  http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

**Attention Servicemembers and Dependents:**  Servicemember on "active duty" or "active service", or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 U.S.C. 3901) (SCRA). If you are entitled to or have questions as to whether you are entitled to legal protections under the SCRA, please go to www.militaryonesource.com/scra or call 1-800-342-9647 to find out more information. You can also contact us at (877) 387-9031, extension 80421 if you have any questions about your rights under SCRA.

**Requests for Information and Notices of Error, including Qualified Written Requests:** If you wish to request information or assert an error relating to the servicing of your mortgage loan, including any Qualified Written Requests, you must use the address below and include your name, your mortgage loan account number, property address and a statement of either the information you are requesting or the error you believe has occurred:

                         PHH Mortgage Services
                         Post Office Box 66002
                         Lawrenceville NJ 08648



**MORTGAGE**

1 Mortgage Way  
Mt. Laurel, NJ 08054

Tel 800-449-7467  
Fax 856-917-8300

June 19, 2019

RAYMOND C BRADBURY  
HEATHER A BRADBURY  
C/O JOHN B. ENNIS  
1200 RESERVOIR AVE  
CRANSTON RI 02920

Loan Number: ▇▇▇▇▇▇▇  
Property Address:   61 LAFAYETTE ST  
                    WEST WARWICK RI 02893

FORM 34-27-3.2

### NOTICE OF MEDIATION CONFERENCE PURSUANT TO R.I. GEN. LAWS § 34-27-3.2

This Notice is provided to you to inform you of the protections provided by R.I. Gen. Laws § 34-27-3.2 of The Rhode Island Mortgage Foreclosure and Sale Act.

> TO ASSIST YOU IN AVOIDING FORECLOSURE, YOU HAVE THE RIGHT TO A FREE, IN-PERSON OR TELEPHONE MEDIATION CONFERENCE WITH AN INDEPENDENT MEDIATION COORDINATOR. THE MORTGAGEE MAY NOT FORECLOSE UNLESS IT PROVIDES YOU THE OPPORTUNITY TO PARTICIPATE IN THE MEDIATION CONFERENCE, WHICH MUST BE SCHEDULED WITHIN SIXTY (60) DAYS OF THE RECEIPT OF A COMPLETED APPENDIX B, SINGLE POINT OF CONTACT INFORMATION FOR THE MORTGAGEE, AND PAYMENT INITIATING THE MEDIATION PROCESS HAS BEEN RECEIVED BY THE MEDIATION COORDINATOR. YOU WILL BE CONTACTED BY A FORECOSURE MEDIATION COORDINATOR TO SCHEDULE THAT MEDIATION CONFERENCE.

Name of Mortgagor: RAYMOND C BRADBURY, HEATHER A BRADBURY

Re: ▇▇▇▇▇▇▇

INSERT ADDRESS OF RESIDENTIAL REAL ESTATE:  
61 LAFAYETTE ST  
WEST WARWICK RI 02893

Date of Default: September 1, 2012



**MORTGAGE**

1 Mortgage Way  
Mt. Laurel, NJ 08054

Tel 800-449-7467  
Fax 856-917-8300

Date of release of loan from automatic stay in bankruptcy proceeding if applicable: n/a

Date of release of loan from protections of the Servicemembers Civil Relief Act, 50 U.S.C. App. §501 et seq., or R.I. Gen. Laws §34-27-4(d), if applicable: n/a

The mortgagee named below ("Mortgagee") hereby notifies you that you are in Default on your mortgage. If you fail to remedy this Default, Mortgagee has the right to foreclose on the real estate securing the mortgage loan referenced in this Notice.

| | |
|---|---|
| Mortgagee: | Deutsche Bank National Trust Company, as Trustee for GSAMP Trust 2005-WMC1 |
| Mortgagee Address: | |
| Street: | 1761 EAST ST ANDREW PLACE |
| City, State, Zip Code: | SANTA ANA  CA 92705 |
| Mortgagee Authorized Representative: | LILIANA LAMARCA |
| Date mailed: | June 19, 2019 |

Contact Information for Mortgagee Authorized Representative:

| | |
|---|---|
| Telephone: | 800-750-2518 Ext. 80421 |
| Email: | Liliana.LaMarca@mortgagefamily.com |
| cc: Mediation Coordinator: | Rhode Island Housing |


MORTGAGE

1 Mortgage Way  Tel 800-449-7467
Mt. Laurel, NJ 08054  Fax 856-917-8300

 FORMULÁRIO 34-27-3.2

| NOTIFICAÇÃO DE CONFERÊNCIA DE MEDIAÇÃO CONFORME LEIS R.I. GEN. § 34-27-3.2 |
|---|

Esta Notificação destina-se a informar-lhe as proteções fornecidas pelas leis R.I. Gen. § 34-27-3.2 de Execução Hipotecária e a Lei de Venda de Valores Imobiliários de Rhode Island.

PARA AJUDAR-ILE A EVITAR O EMBRAGO (FORECLOSURE) DA SUA CASA, INFORMAMOS-IHE QUE TEM DIREITO A UMA CONFERÊNCIA DE MEDIAÇÃO GRATUITA, SEJA VIA TELEFONICA SEJA PESSOALMENTE COM UM COORDENADOR INDEPENDENTE DE MEDIAÇÃO. O CREDOR HIPOTECARIO NÃO PODE EMBARGAR ATE DAR-LHE A OPORTUNIDADE DE PARTICIPAR NESTA CONFERÊNCIA A QUAL SERA MARCADA NO PERIODO DE SESSENTA (60) DIAS DESDE OU AO RECEBERMOS O "APPENDIX B" PREENCHIDO E ASSINALANDO O PEDIDO DE INFORMACAO DE UM CONTACTO PARA O CREDOR, OU O PAGO INCIAL REQUERIDO SEJA RECEBIDO PELO MEDIODOR UM COOREDENADOR IRA CONTRACTAR-LE PARA MARCAR A DATA DESTA DE MEDIAÇÃO.

Nome do cliente: RAYMOND C BRADBURY, HEATHER A BRADBURY

Re: ▮▮▮▮▮▮▮▮

INSERIR ENDEREÇO DO IMÓVEL RESIDENCIAL:

61 LAFAYETTE ST
WEST WARWICK RI 02893
Data de delinquência: September 1, 2012

Data em que o empréstimo foi liberado da suspensão automática de falência, se aplicável: Not applicable

Data de exoneracão da hipoteca da protecã conferida pela lei dos Estados Unidos da America e do Estado de Rhode Island (Servicemembers Civil Relief Act, 50 U.S.C. App. §501 et seq., or R.I. Gen. Laws §34-27-4(d)), se aplicavel: n/a

O Crédito Imobiliário denominada abaixo ("Créditos Imobiliários") por este instrumento notifica - se que está inadimplente em sua hipoteca. Se você falhar em corrigir tal inadimplência, Créditos Imobiliários têm o direito de executar o empréstimo de hipoteca consistente dos bens imóveis relacionados nesta notificação.


**MORTGAGE**

1 Mortgage Way  
Mt. Laurel, NJ 08054

Tel  800-449-7467  
Fax  856-917-8300

| | |
|---|---|
| Créditos Imobiliários: | Deutsche Bank National Trust Company, as Trustee for GSAMP Trust 2005-WMC1 |
| Endereço de Créditos Imobiliários: Rua: Cidade, Estado, CEP: | 1761 EAST ST ANDREW PLACE SANTA ANA  CA 92705 |

Representante Autorizado de Créditos Imobiliários: LILIANA LAMARCA

Data de envio: June 19, 2019

Informações de Contato para Representante Autorizado de Créditos Imobiliários:

| | |
|---|---|
| Telefone: | 800-750-2518 Ext. 80421 |
| E-mail: | Liliana.LaMarca@mortgagefamily.com |
| cc: Coordenador Da Mediação: | Rhode Island Housing |



**MORTGAGE**

| | |
|---|---|
| 1 Mortgage Way | Tel 800-449-7467 |
| Mt. Laurel, NJ 08054 | Fax 856-917-8300 |

 FORMULARIO 34-27-3.2

**NOTIFICACIÓN DE REUNIÓN DE MEDIACIÓN SEGÚN EL § 34-27-3.2 DE LAS LEYES GENERALES DE RHODE ISLAND (R. I.)**

Esta notificación se le proporciona para informarle sobre la protección que proveen las Leyes Generales de R. I. en el § 34-27-3.2 de la Mortgage Foreclosure and Sale Act (Ley de Ejecuciones Hipotecarias y Ventas) del estado de Rhode Island.

**PARA AYUDARLO A EVITAR LA EJECUCIÓN HIPOTECARIA, USTED TIENE DERECHO A UNA REUNIÓN DE MEDIACIÓN GRATUITA CON UN COORDINADOR DE MEDIACIÓN INDEPENDIENTE. DICHA REUNIÓN SE PODRÁ EFECTUAR PERSONALMENTE O POR TELÉFONO. EL ACREEDOR HIPOTECARIO NO PODRÁ EJECUTAR LA HIPOTECA SIN HABERLE PROPORCIONADO LA OPORTUNIDAD DE PARTICIPAR EN LA REUNIÓN DE MEDIACIÓN, QUE PUEDE LLEVARSE A CABO DENTRO DE LOS SESENTA (60) DÍAS DE RECIBIR EL APENDICE B COMPLETO, PUNTO DE CONTACTO UNICO DEL ACREEDOR HIPOTECARIO, Y EL PAGO PARA EL INICIO DEL PROCESO DE MEDIACIÓN. USTED SERA CONTACTADO POR UN COORDINADOR DE MEDIACIÓN DE EJECUCIONES HIPOTECARIAS PARA PROGRAMMAR LA CONFERENCIA DE MEDIACIÓN.**

Nombre del cliente: RAYMOND C BRADBURY, HEATHER A BRADBURY

Ref.: ███

ESCRIBA LA DIRECCIÓN DE LA PROPIEDAD RESIDENCIAL:

61 LAFAYETTE ST
WEST WARWICK RI 02893

Fecha de Defecto: September 1, 2012

Fecha de liberación de préstamo de la suspensión, automática en un procedimiento de quiebra, si es aplicable: Not applicable

Fecha de liberación de la hipoteca de la protección de la ley general Servicermembers Civil Relief Act, 50 U.S.C. App. §501 et seq., or R.I. Gen. Laws §34-27-4(d), si corresponde: n/a



**MORTGAGE**

1 Mortgage Way  
Mt. Laurel, NJ 08054

Tel  800-449-7467  
Fax  856-917-8300

Por la presente, el acreedor hipotecario nombrado a continuación ("Acreedor hipotecario") lo notifica que usted está en mora en los pagos de su hipoteca. Si no soluciona esta mora, el Acreedor hipotecario tiene derecho a ejecutar la hipoteca de la propiedad que garantiza el préstamo hipotecario citado en la referencia de esta notificación.

Acreedor hipotecario:                          Deutsche Bank National Trust Company, as Trustee for GSAMP Trust 2005-WMC1

Dirección del Acreedor hipotecario:  
Calle:                                         1761 EAST ST ANDREW PLACE  
Ciudad, estado y código postal:                SANTA ANA  CA 92705

Representante autorizado del Acreedor hipotecario: LILIANA LAMARCA

Fecha de envío postal:                         June 19, 2019

Información de contacto del representante autorizado del Acreedor hipotecario:

Teléfono:

800-750-2518 Ext. 80421

Dirección de correo electrónico:               Liliana.LaMarca@mortgagefamily.com

cc: Coordinador de Mediación:                  Rhode Island Housing


MORTGAGE

1 Mortgage Way  
Mt. Laurel, NJ  08054

Tel  800-449-7467  
Fax  856-917-8300

**Important Messages**

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

However, to the extent your original obligation has been discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and/or informational purposes only and/or is notice of the creditor's intent to enforce a lien against the property and does not constitute a demand for payment or an attempt to impose personal liability for such obligation.

We may report information about your account to credit bureaus.  Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**HUD Counseling:**  For additional assistance, the United States Department of Housing and Urban Development ("HUD"), which is a government agency, sponsors housing counseling agencies throughout the country that can provide you advice on foreclosure alternatives, budgetary issues, and even assistance with understanding this notice.  There is no fee for this service. If you would like assistance, you can contact a HUD-approved housing counselor by calling 1-800-569-4287 or you can reach the HOPE Hotline number at 1-888-995-HOPE.  You may also visit the HUD website at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm

**HUD Consejería**: Para obtener ayuda adicional, el Departamento de Vivienda y Desarrollo Urbano ("HUD") de Estados Unidos, que es una agencia del gobierno, patrocina agencias de asesoría de vivienda en todo el país que le puede proporcionar asesoramiento sobre las alternativas de ejecución hipotecaria, las cuestiones presupuestarias, e incluso la asistencia con la comprensión de este aviso.  No hay que pagar por este servicio.  Si desea ayuda, puede ponerse en contacto con un asesor de vivienda aprobado por HUD llamando al 1-800-569-4287 o puede llegar a la Línea Directa de HOPE al 1-888-995-HOPE. También puede visitar el sitio web de HUD en  http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

**Attention Servicemembers and Dependents:**  Servicemember on "active duty" or "active service", or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 U.S.C. 3901) (SCRA).  If you are entitled to or have questions as to whether you are entitled to legal protections under the SCRA, please go to www.militaryonesource.com/scra or call 1-800-342-9647 to find out more information.  You can also contact us at (877) 387-9031, extension 80421 if you have any questions about your rights under SCRA.

**Requests for Information and Notices of Error, including Qualified Written Requests:**  If you wish to request information or assert an error relating to the servicing of your mortgage loan, including any Qualified Written Requests, you must use the address below and include your name, your mortgage loan account number, property address and a statement of either the information you are requesting or the error you believe has occurred:

      PHH Mortgage Services  
      Post Office Box 66002  
      Lawrenceville NJ 08648