**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RAYMOND C. BRADBURY**
**HEATHER A. BRADBURY**

      **VS**                                          **CA NO 18-CV-690**

**DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE**
**FOR GSAMP TRUST 2005-WMC1 ALIAS**
**OCWEN LOAN SERVICING, LLC.**

## MOTION TO EXTEND TIME NUNC PRO TUNC

Plaintiffs, by their attorney, move that this Court extend the time to respond to the Motion to Dismiss nunc pro tunc to July 30, 2019. This Motion was filed on June 27, 2019 and Plaintiffs' attorney did not diary this Motion due to the fact that his mother died the previous day. As a result, this motion was not objected to in a timely manner.

                                                                  RAYMOND C. BRADBURY
                                                                  HEATHER A. BRADBURY
                                                                  By their Attorney

July 16, 2019                                     /s/ John B. Ennis
                                                       JOHN B. ENNIS, ESQ. #2135
                                                       1200 Reservoir Avenue
                                                       Cranston, Rhode Island 02920
                                                       (401) 943-9230
                                                       Jbelaw75@gmail.com

CERTIFICATION OF SERVICE

I hereby certify that I emailed a copy of this Motion to Samuel Bodurtha, Esq. on July 16, 2019.

/s/ John B. Ennis