**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| RAYMOND C. BRADBURY; and<br>HEATHER A. BRADBURY,<br><br>       Plaintiffs,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST<br>COMPANY, as Trustee for GSAMP TRUST<br>2005-WMC1; and OCWEN LOAN SERVICING,<br>LLC,<br><br>       Defendants. | C.A. No. 1:18-cv-00690-WES-PAS |

## <u>NOTICE OF WITHDRAWAL OF APPEARANCE</u>

Please withdraw the appearance of Ethan Z. Tieger as counsel of record for the Defendants, Deutsche Bank National Trust Company as Trustee for GSAMP Trust 2006-WMC1 and Ocwen Loan Servicing LLC, in regard to the above-captioned matter.  Attorney Samuel C. Bodurtha will remain as counsel for these Defendants.

Respectfully submitted,
DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for GSAMP TRUST 2005-WMC1; and OCWEN LOAN SERVICING, LLC,
By Their Attorneys,

*/s/  Ethan Z. Tieger*

Samuel C. Bodurtha, Bar No. 7075
Ethan Z. Tieger, Bar No. 9308
HINSHAW & CULBERTSON LLP
56 Exchange Terrace, Suite 5
Providence, RI 02903
Telephone: (401) 751-0842
Facsimile: (401) 751-0072
sbodurtha@hinshawlaw.com
etieger@hinshawlaw.com

Dated:    August  26, 2019

304165154v1 1016248

## CERTIFICATE OF SERVICE

I, Ethan Z. Tieger, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on August 26, 2019.

*/s/ Ethan Z. Tieger*
Ethan Z. Tieger

304165154v1 1016248