Case 1:18-cv-00690-WES-PAS   Document 24-6   Filed 01/31/20   Page 1 of 1 PageID #: 468
Case 1:12-bk-12104   Doc 35   Filed 10/30/17   Entered 10/30/17 14:09:36   Desc Ntc
re: Determine Fnl Cure   Page 1 of 1

*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

---

| | |
|---|---|
| In Re: Raymond C. Bradbury and Heather A. Bradbury | BK No. 1:12−bk−12104 |
| Debtor(s) | Chapter 13 |

*Notice Regarding Motion for Determination of Final Cure and Payment*

The holder of the claim, Ocwen Loan Servicing LLC, having filed its response to the Trustee's, Notice of Final Cure payment which response indicates outstanding post−petition arrearages, fees, or other charges, if the Debtor(s) disputes the response or seeks other relief, the Debtor(s) shall file a motion pursuant to Fed.R.Bankr.P. 3002.1(h), serve such motion on the holder of the claim and on the Chapter 13 Trustee, and file a certificate of service with the Court.

/s/ Susan M. Thurston
Clerk, U.S. Bankruptcy Court

Date: **10/30/17**

Entered on Docket: **10/30/17**
Document Number: **35 − 31**

180.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*