**UNITED STATES DISTICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

**RAYMOND BRADBURY
HEATHER BRADBURY**

    **VS**                               **CA No. 18-cv-690**

**DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE
FOR GSAMP TRUST 2005-WMC1,ALIAS
OCWEN LOAN SERVICING, LLC.**

**MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT**

Plaintiffs, by their Attorney, move that this Court  for an extension of

time to file an Amended Complaint in this matter to August 15, 2020. The

Plaintiffs need additional time to complete their Amended Complaint and have

filed a Motion to Alter and Amend the Order of this Court.

                              RAYMOND BRADBURY
                              HEATHER BRADBURY
                              By their Attorney

July 25, 2020

                              /s/ John B. Ennis
                              John B. Ennis, Esq. #2135
                              1200 Reservoir Avenue
                              Cranston, RI 02920
                              (401) 943-9230
                              Jbelaw75@gmail.com

## CERTIFICATION

I hereby certify that I emailed a copy of the above Motionto the following electronically on this 25th day of July, 2020:

Samuel Bodurtha

/s/ John B. Ennis